PD-0390-15

PD-0390-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/6/2015 1:10:41 PM
Accepted 4/13/2015 3:15:44 PM
ABEL ACOSTA
CLERK

## NO. 01-13-00769-CR

## IN THE COURT OF APPEALS

## FIRST DISTRICT

## HOUSTON, TEXAS

## NO. 1394964

## IN THE TRIAL COURT

## 182ND JUDICIAL DISTRICT

## HARRIS COUNTY, TEXAS

| MONA YVETTE NELSON | § | APPELLANT |
|---|---|---|
| VS. | § | |
| THE STATE OF TEXAS | § | APPELLEE |

## MOTION FOR EXTENSION OF TIME
## FOR FILING PETITION FOR DISCRETIONARY REVIEW

**ALLEN C. ISBELL**
**202 Travis, Suite 208**
**Houston, Texas 77002**
**713/236-1000**
**Fax No. 713/236-1809**
**STATE BAR NO. 10431500**

**COUNSEL ON APPEAL**

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

COMES NOW MONA YVETTE NELSON, appellant, by and through her counsel on appeal, ALLEN C. ISBELL, and respectfully requests this Honorable Court grant an Extension of Time for Filing a Petition for Discretionary Review.

I.

The First Court of Appeals in Houston, Texas, delivered an opinion in this matter on March 10, 2015, in Cause No. 1394964, entitled *MONA YVETTE NELSON vs. The State of Texas*.

II.

The present deadline for filing the Petition for Discretionary Review is April 9, 2015.

III.

Appellant requests that the time be extended until May 9, 2014.

IV.

Counsel is unable to timely file the Petition for Discretionary Review within the time prescribed by the *TEXAS RULES OF APPELLATE PROCEDURE* for the following reasons:

1. Counsel is preparing for the following Trials:

   - State vs. Hobbs, Cause Nos. 1322693, 1322694, 1322764, 1322796, 1323767, 1324124 & 1324125 (Death Penalty Capital)(jury selection set to begin April 27, 2015);

   - State vs. Davis, Nos. 1438664 (Evading Arrest)(set for May 26, 2015).

2. Counsel is presently working on the following Brief for Appellant: Rivera v. State, No. 01-14-00957-CR;

3. Counsel has recently represented the following in court: State vs. Barfield, No. 14-DCR-065147;  State vs. Blacknell, No. 1458444; State vs. Caplan, No. 1449686; State vs. Contreras, No. 1328812; State vs. Hornsby, Nos. 1455466, 1455467 & 1455768;  Jones v. Babb, No. 2014-65748;  State vs. Lawrence, No. 1455567; State vs. Lightfoot, Nos. 1415378, 1415379, 1420878, & 1436565; State vs. Magee, Nos. 1392085, 1386835, 1387732, & 1386809; State vs. McGlory, Nos. 1462825 &1462826;  State vs. Merryman, Nos. 1462519 & 1462520;  State vs. Morris, No. 1458287;  State vs. Olajuwon, No. 1462553;  State vs. Peters, No. 1447571;  State vs. Pinnock, Nos. 1435200 & 1393885;  State vs. Quarrells, No. 1455220;  State vs. Smith, No. 1436342; State vs. Stacy, No. 1444450;  State vs. Thedford, Nos. 1408153 & 1408154; State vs. Williams, No. 1933046;

V.

This is the first (1) extension requested.

VI.

This motion is urged at the first opportunity as appellant is indigent and will suffer irremediable harm if it is not granted.

WHEREFORE, PREMISES CONSIDERED, appellant prays that this Honorable Court grant this extension of time in which to file the Petition for Discretionary Review until May 9, 2015.

Respectfully submitted,

/s/ Allen C. Isbell
ALLEN C. ISBELL
202 Travis, Suite 208
Houston, Texas 77002
713/236-1000
Fax No. 713/236-1809
STATE BAR NO. 10431500

COUNSEL ON APPEAL

## Certificate of Service

I hereby certify that on this 6th day of April, 2015, a true and correct copy of the foregoing Motion for Extension of Time for Filing Appellant's Petition for Discretionary Review has been sent to the District Attorney's Office, Appellate Division, and to Ms. Mona Yvette Nelson, appellant.

/s/ Allen C. Isbell
ALLEN C. ISBELL

**Certificate of Compliance**

The undersigned attorney on appeal certifies this motion is computer generated and consists of 567 words. Counsel is relying on the word count provided by the Word Perfect computer software used to prepare the brief.

/s/ Allen C. Isbell
ALLEN C. ISBELL